UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kawana Rodriguez, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                         Plaintiff,

-against-

Cornucopia Logistics, LLC,

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/16/2023_

22 Civ. 9744 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 18, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by March 15, 2023. ECF No. 6. Those submissions are overdue. Accordingly, by **March 29, 2023**, the parties shall submit their joint letter and proposed case management plan. If Defendant has not yet appeared in this action by that date, Plaintiff shall inform the Court how she wishes to proceed.

    SO ORDERED.

Dated: March 16, 2023
       New York, New York

                                                   ANALISA TORRES
                                            United States District Judge