**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

60 East 42nd Street • Suite 4700 • New York, New York
T: 212.792-0048 • E: Jason@levinepstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2023

*VIA ECF*

The Honorable Analisa Torres U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Rodriguez v. Cornucopia Logistics, LLC*
**Case No.: 1:22-cv-09744-AT**

Dear Honorable Judge Torres:

This law firm represents Plaintiffs Kawana Rodriguez and Hendri Medina (together, the "Plaintiffs") in the above- referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rule I(B), this letter respectfully serves to request that the Court enter a notation on the record, directing the Clerk of Court to remove the "ADR Provider" designation for Plaintiff Hendri Medina.

The basis for this request is that Plaintiff Hendri Medina's appearance in the record was inadvertently filed as an "ADR Provider", when the consent to sue form was filed on February 21, 2023 [see Dckt. No. 10].

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*

---

GRANTED. The Clerk of Court is directed to terminate Hendri Medina as ADR Provider on the docket. The Clerk of Court is further directed to amend Plaintiff Kawana Rodriguez's name on the docket to include the clause "*on behalf of herself and others similarly situated in the proposed FLSA Collective Action*" as set out in the complaint, ECF No. 1 at 1.

SO ORDERED.

Dated: April 3, 2023
New York, New York

ANALISA TORRES
United States District Judge