UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kawana Rodriguez, *on behalf of herself and
others similarly situated in the proposed FLSA
Collective Action,*

 Plaintiff,

 -against-

Cornucopia Logistics, LLC,

 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   8/10/2023

22 Civ. 9744 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 The Clerk of Court is directed to STRIKE the letter at ECF No. 28.

 SO ORDERED.

Dated: August 10, 2023
 New York, New York

ANALISA TORRES
United States District Judge