# LEVIN-EPSTEIN & ASSOCIATES,

60 East 42nd Street • Suite 4700 • New York, New York
T: 212.792-0048 • E: Jason@levinepstein.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/10/2023__
```

***VIA ECF***

The Honorable Analisa Torres U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:  *Rodriguez v. Cornucopia Logistics, LLC*
                   **Case No.: 1:22-cv-09744-AT**

Dear Honorable Judge Torres:

This law firm represents Plaintiffs Kawana Rodriguez and Hendri Medina (together, the "Plaintiffs") in the above- referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, and the directives contained in the email transmitted on August 7, 2023 from Your Honor's Chambers, this letter respectfully serves to request an adjournment of the in-person conference scheduled for August 22, 2023, to a date and time set by the Court after September 22, 2023.

This letter further respectfully serves as a request to extend the pre-motion letter filing deadline from August 10, 2023, to, through and including September 10, 2023.

The basis for this request is that the parties have a virtual mediation scheduled in the above-referenced matter for Friday, August 11, 2023 at 12:00 p.m. The parties wish to conserve resources, ahead of the virtual settlement conference, in the event that the case does not resolve.

In light of the foregoing, it is respectfully requested that the Court adjourn the in-person conference scheduled for August 22, 2023, to a date and time set by the Court after September 22, 2023, and extend the pre-motion letter filing deadline from August 10, 2023, to, through and including September 10, 2023.

Thank you, in advance, for your time and attention to this matter.

---

GRANTED. The case management conference scheduled for August 22, 2023, is ADJOURNED to **October 3, 2023**, at **11:40 a.m.** In addition, by **September 10, 2023**, the parties shall file any pre-motion letters for any motions for summary judgment.

SO ORDERED.

Dated: August 10, 2023
       New York, New York

                                                  _____
                                                  ANALISA TORRES
                                           United States District Judge