```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kawana Rodriguez, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

       Plaintiff,

-against-

Cornucopia Logistics, LLC,

       Defendant.

22 Civ. 9744 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The case management conference scheduled for October 3, 2023, is ADJOURNED to **October 5, 2023**, at **11:40 a.m.**

  On August 10, 2023, the Court directed the parties to file any pre-motion letters for any motions for summary judgment by September 10, 2023. ECF No. 31. The Court received no such letters. Accordingly, by **September 20, 2023**, the parties shall provide the Court with a status update.

  SO ORDERED.

Dated: September 13, 2023
    New York, New York

ANALISA TORRES
United States District Judge