**LEVIN-EPSTEIN & ASSOCIATES**

60 East 42nd Street • Suite 4700 • New York
T: 212.792-0048 • E: Jason@levinepstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/21/2023

**VIA ECF**
The Honorable Analisa Torres U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Rodriguez v. Cornucopia Logistics, LLC*
<u>Case No.: **1:22-cv-09744-AT**</u>

Dear Honorable Judge Torres:

This law firm represents Plaintiffs Floyd Jackson, Hendri Medina, Justin Cromwell, Kawana Rodriguez and Tyquan Wallace (collectively, the "Plaintiffs") in the above- referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, and the directives contained in Your Honor's September 13, 2023 Order [Dckt. No. 32], this letter respectfully serves to provide the Court with a status update in the above-referenced actin.

The parties attended a virtual mediation in the above-referenced matter on Friday, August 11, 2023 at 12:00 p.m. Despite the parties' efforts, the August 11, 2023 mediation was unsuccessful. The parties' efforts, however, are still ongoing. The parties are considering the possibility of scheduling a continued virtual mediation, facilitated by mediator Adam Halper.

In light of the foregoing, it is respectfully requested that the Court set a further status letter filing deadline of October 20, 2023 (*i.e.,* thirty (30) days), to permit the parties to continue their settlement discussions.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: /s/ *Jason Mizrahi*
Jason Mizrahi, Esq.
60 East 42nd Street, Suite 4700
New York, New York 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*

---

GRANTED.  By **October 20, 2023**, the parties shall submit a joint status letter.  The case management conference scheduled for October 5, 2023, is ADJOURNED to **November 7, 2023**, at **10:00 a.m.**

Dated: September 21, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge