```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAWANA RODRIGUEZ, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                                  Plaintiff,

          -against-

CORNUCOPIA LOGISTICS, LLC,

                                  Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

22-CV-9744 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for general pre-trial and settlement (docket no.40). A telephone conference will be held on **Monday, December 4, 2023 at 4:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: November 6, 2023
       New York, New York

                                                               _____
                                                               KATHARINE H. PARKER
                                                               United States Magistrate Judge