```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAWANA RODRIGUEZ, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                                        Plaintiff,                **ORDER SCHEDULING SETTLEMENT CONFERENCE**

         -against-                                      **22-CV-9744 (AT)(KHP)**

CORNUCOPIA LOGISTICS, LLC,

                                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Thursday, February 29, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **February 22, 2024 by 5:00 p.m.**

      SO ORDERED.

Dated: December 4, 2023
       New York, New York

                                                             *[signature]*
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge