**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Evan B. Citron
212-492-2068
evan.citron@ogletree.com

January 8, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Rodriguez v. Cornucopia Logistics, LLC*
               *Case No.* 1:22-cv-09744-AT

Dear Judge Torres:

      We represent Defendant Cornucopia Logistics, LLC ("Defendant") in the above-referenced matter. On behalf of all parties, and in accordance with Your Honor's Order dated January 2, 2023 (Docket No. 50), we respectfully write to advise the Court of the status of the parties' settlement discussions. Although the parties have continued to make progress toward a resolution, they remain in the process of attempting to resolve certain outstanding issues bearing on a potential settlement. The parties' efforts to address those issues include, *inter alia*, further communications between Defendant and the parties' mediator. Although the parties remain scheduled to appear for a settlement conference before Magistrate Judge Parker on February 29, 2024 (the "Settlement Conference"), they respectfully request leave to continue their ongoing discussions with and, as necessary, through their mediator so that they may maximize their prospects of reaching a resolution prior to the Settlement Conference

      Thank you for Your Honor's consideration of this request.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

59935303.v1-OGLETREE

The Honorable Analisa Torres
January 8, 2024
Page 2

                                              Respectfully submitted,

                                              OGLETREE, DEAKINS, NASH,
                                               SMOAK & STEWART, P.C.

                                              By: *s/ Evan B. Citron*
                                                       Evan B. Citron

cc:     All counsel of record (via ECF)