```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/25/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Kawana Rodriguez, Hendri Medina, Floyd Jackson, Justin Cromwell, and Tyquan Wallace,

                    *Plaintiffs*,

         - *against* -

Cornucopia Logistics, LLC,

                    *Defendant*.
------------------------------------------------------------X

Case No.: 22-cv-09744

**JUDGMENT**

       On March 21, 2024, Plaintiffs Kawana Rodriguez, Hendri Medina, Floyd Jackson, Justin Cromwell, and Tyquan Wallace (the "Plaintiffs") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiffs have judgment against Defendant Cornucopia Logistics, LLC (the "Defendant") in the amount of Sixty-Five Thousand Dollars and Zero Cents ($65,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

     This judgment is intended to resolve, in full satisfaction, all of Plaintiffs' claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiffs asserted or could have asserted in this Action, including but not limited to, any claims Plaintiffs may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

SO ORDERED.

Dated: March 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge